UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05043-JCS<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

This is a case brought under the California Homeowners' Bill of Rights, relating to the foreclosure of Plaintiff's home. Defendants removed the case from state court and have moved to dismiss. *See generally* Notice of Removal (dkt. 1); Mot. to Dismiss (dkt. 7). Plaintiff's Opposition to Defendants' Motion represents that Plaintiff can amend his Complaint to cure the purported deficiencies identified by Defendants. Opp'n (dkt. 16) at 2.

In the interest of judicial economy, Plaintiff is ORDERED to file an amended complaint to cure the purported deficiencies. Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff's amended complaint must be filed no later than December 12, 2014.

**IT IS SO ORDERED.**

Dated: December 5, 2014

JOSEPH C. SPERO
United States Magistrate Judge