United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05043-JCS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 7 |

    Defendants Select Portfolio Servicing, Inc. and U.S. National Bank Association N.A. filed a motion to dismiss Plaintiff Abraham Valentino's Complaint. *See generally* Mot. (dkt. 7). Plaintiff represented that he could cure the purported deficiencies identified by Defendants. *See* Opp'n (dkt. 16) at 2. The Court instructed Plaintiff to file an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure (dkt. 17), and Plaintiff has now done so (dkt. 18). The Court finds Defendants' motion suitable for disposition without oral argument and **vacates the hearing scheduled for January 8, 2015.** *See* Civil L.R. 7-1(b).

    "[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Accordingly, "[d]ismissal of the superseded original complaint would not alter the proceedings . . . as the parties would continue to litigate the merits of the claims contained in the now-operative First Amended Complaint." *See Liberi v. Defend Our Freedoms Founds., Inc.*, 509 F. App'x 595, 596 (9th Cir. 2013) (dismissing as moot appeal of denial of an anti-SLAPP motion regarding a superseded complaint). The Court therefore DENIES AS MOOT Defendants'

/ / /

/ / /

/ / /

Motion.[1] If Defendants wish to challenge Plaintiff's Amended Complaint, they may file a new motion to dismiss.

**IT IS SO ORDERED.**

Dated: December 12, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] All parties have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).

2