**Brian H. Gunn (SBN 192594)**
bhgunn@wolfewyman.com
**Marcus T. Brown (SBN 255662)**
mtbrown@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC. (sued as "Select Portfolio Servicing"); and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1 (erroneously sued as "U.S. National Bank Association N.A.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTINO,<br><br>    Plaintiff,<br><br> v.<br><br>SELECT PORTFOLIO SERVICING, U.S. NATIONAL BANK ASSOCIATION N.A., RONALD D. ROUP, A LAW CORPORATION, AND Does 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:14-cv-05043-JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that the time for Defendants SELECT PORTFOLIO SERVICING, INC., and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through

///

1890953.1

1 | Certificates, Series 2006-OA1, to respond to Plaintiff's first amended complaint is hereby extended
2 | up to and including January 9, 2015.
3 | Date:   December 23, 2014.                                        WOLFE & WYMAN LLP

By:  /s/ Marcus Brown (SBN 255662)
    BRIAN H. GUNN
    MARCUS T. BROWN
Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC. (sued as "Select Portfolio Servicing"); and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1 (erroneously sued as "U.S. National Bank Association N.A.")

Date:   December 23, 2014.

By:  /s/ Peter Winkler (SBN 92377)
PETER WINKLER
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 12/31/14            /s/Joseph C. Spero
                                 United States Magistrate Judge

1890953.1