UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTINO,<br><br>    Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05043-JCS<br><br>**ORDER INSTRUCTING DEFENDANTS TO FILE RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 34 |

Plaintiff has filed an application for a temporary restraining order. Dkt. 34. Defendants are instructed to file a response no later than 6:00 PM PDT today, April 13, 2015.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge