Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. (sued as "Select Portfolio Servicing"); and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1 (erroneously sued as "U.S. National Bank Association N.A.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTINO, | Case No.: 3:14-cv-05043-JCS |
| Plaintiff, | **STIPULATED DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| SELECT PORTFOLIO SERVICING, U.S. NATIONAL BANK ASSOCIATION N.A., RONALD D. ROUP, A LAW CORPORATION, AND Does 1-10, inclusive, | Hon. Joseph C. Spero, Chief Magistrate Judge |
| | Action Filed:  10/17/2014 |
| Defendants. | |

Plaintiff ABRAHAM VALENTINO ("Plaintiff") and Defendants SELECT PORTFOLIO SERVICING, INC. (sued as "Select Portfolio Servicing"); and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1 (erroneously sued as "U.S. National

Bank Association N.A.") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate to dismiss Defendants and Defendant Ronald R. Roup, a Law Corporation, from this litigation, with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED:  June 10, 2015

By: /s/ Peter Winkler (w/authorization)
　　　PETER WINKLER
**Attorneys for Plaintiff,
ABRAHAM VALENTINO**

DATED:  June 10, 2015　　　WOLFE & WYMAN LLP

By: /s/ Brian H. Gunn  SBN 192594
　　　BRIAN H. GUNN
**Attorneys for Defendants,
SELECT PORTFOLIO SERVICING, INC. (sued as "Select Portfolio Servicing"); and U.S. BANK NATIONAL ASSOCIATION, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1 (erroneously sued as "U.S. National Bank Association N.A.")**

**ORDER**

By stipulation of the parties and good cause appearing therefore, it is hereby ordered as follows:

IT IS HEREBY ORDERED that Defendants are DISMISSED with prejudice from this lawsuit, each party to bear their own attorney's fees and costs;

**IT IS SO ORDERED.**

DATED: 6/19/15



_____
Chief Magistrate Judge Joseph C. Spero
U.S. DISTRICT COURT JUDGE

1
**STIPULATED DISMISSAL AND ORDER**

2036096.1